

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 NOV 15 PM 3: 56

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:07CR-405 |
| Plaintiff, ) | |
| ) | |
| vs. ) | INDICTMENT |
| ) | [18 U.S.C. § 2422(b)] |
| JOSHUA BARNEY, ) | |
| ) | |
| Defendant. ) | |

The Grand Jury Charges:

## COUNT I

On or about the 6th day of November, 2007, in the District of Nebraska, JOSHUA BARNEY did use a facility and means of interstate commerce, that is, a computer accessing Yahoo, to knowingly attempt to persuade, induce, and entice a person under 18 years of age, known to JOSHUA BARNEY as "Meg" to engage in prostitution or any sexual activity for which any person may be criminally prosecuted to include prosecution pursuant to Sections 28-320.01 and 28-319 of the Revised Statutes of Nebraska.

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

███████████████
FOREPERSON

JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

                                                                                        *Michael P Norris*
                                                                                        MICHAEL P. NORRIS
                                                                                        Assistant U.S. Attorney